[No. 42971-3-II.   Division Two.   May 14, 2013.]

ALBERT FALSETTO ET AL., *Respondents*, v. RODNEY L. NELSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-2-00307-1, David A. Nelson, J. Pro Tem., entered November 21, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 43228-5-II.   Division Two.   May 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON A. KEITH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00225-0, Toni A. Sheldon, J., entered March 19, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Hunt and Bjorgen, JJ.

[Nos. 44044-0-II; 44050-4-II.   Division Two.   May 14, 2013.]

*In the Matter of re Welfare of* J.M.G. ET AL.

Appeals from a judgment of the Superior Court for Kitsap County, No. 12-7-00139-1, Jay B. Roof, J., entered October 1, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 30415-9-III.   Division Three.   May 14, 2013.]

*In the Matter of the Marriage of* KELLY COVEY, *Respondent*, and NEHEMIAH COVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-3-01269-7, James M. Triplet, J., entered October 20, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.